## Rubie D. Swartout, Appellee, v. Walter C. Swartout, Appellant.

### Gen. No. 22,350.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. GEORGE KERSTEN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed October 10, 1917.

### Statement of the Case.

Bill by Rubie D. Swartout, complainant, against Walter C. Swartout, defendant, for divorce. From an order adjudging defendant to be in contempt of court for nonpayment of certain alimony awarded complainant and committing defendant to jail until same be paid, or until he be released by due process of law, commitment not to exceed six months, defendant appeals.

BENJAMIN LEVERING and ELMER H. HEITMANN, for appellant.

EDWARD R. HARTIGAN, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1395*—*when finding of chancellor as to defendant's financial ability to pay alimony not disturbed.* Record *held* insufficient to show that the finding of the chancellor as to defendant's financial ability to pay certain alimony awarded against him was incorrect, he having seen and heard the witnesses and been in a much better position to determine the facts, under an order upon defendant to show cause why he should not be adjudged in contempt for nonpayment of the alimony.

2. APPEAL AND ERROR, § 1238*—*when erroneous decision of court may not be complained of.* Parties who procure the erroneous decision of a court or who acquiesce therein cannot complain on appeal.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.